1  MELISSA FRY HAGUE, ESQ.
   Goldman Scarlato & Penny, P.C.
2  161 Washington Street, Suite 1025
   Conshohocken, PA 19428
3  P: 484-342-0700
   F: 484-954-3674
4  hague@lawgsp.com
   *Attorney for Plaintiffs*

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

6

| | |
|---|---|
| BEVERLY AND ROBERT HARDY | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:20-cv-00606-RFB-BNW |
| v. | ) |
| | ) |
| C.R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the Plaintiff Beverly and Robert Hardy, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "the Parties"), through their undersigned attorneys of record, that the Parties have resolved this case. Plaintiff's action against all Defendants is in all respects DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

1

1  IT IS STIPULATED AND AGREED BY THE PARTIES that all activity in this case shall be dismissed with prejudice.

Respectfully submitted this 8th day of February, 2021.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ Melissa Fry Hague* <br> Melissa Fry Hague <br> GOLDMAN SCARLATO & PENNY PC <br> 161 Washington Street, Suite 1025 <br> Conshohocken, PA 19428 <br> Telephone: (484) 342-0700 <br> hague@lawgsp.com <br><br> *Attorney for Plaintiffs* | */s/ Eric W. Swanis* <br> Eric W. Swanis <br> Nevada Bar No. 6840 <br> GREENBURG TRAURIG, LLP <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, NV 89135 <br> Telephone: (702) 792-3773 <br> swanise@gtlaw.com <br><br> *Attorney for Defendants* |

**IT IS SO ORDERED**

**Dated this** 8th **of** February **, 2021.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE